# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Utah

Case Number: 2:25CV00484-DBB-CMR

Plaintiff: **Xlear, Inc.**
vs.
Defendant: **The United States Federal Trade Commission; and Andrew N. Ferguson**

For:
Evan S. Strassberg
MICHAEL BEST & FRIEDRICH, LLP
650 S. Main Street, Suite 500
SALT LAKE CITY, UT 84101

Received by ANDERSON ATTORNEY SERVICES on the 23rd day of June, 2025 at 1:52 pm to be served on **The United States Federal Trade Commission c/o Felice John Viti, Acting United States Attorney for the District of Utah, 111 South Main Street, Suite 1800, SALT LAKE CITY, UT 84111**.

I, MELISSA LARSON, do hereby affirm that on the **24th day of June, 2025** at **11:16 am**, I:

Served a **Government Agency** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; MOTION FOR PRO HAC VICEADMISSION; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH APPLICATION FOR PRO HAC VICE ADMISSION; ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION; UNITED STATES DISTRICT COURT DISTRICT OF UTAH CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE; CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE; ORDER GRANTING PRO HAC VICEADMISSION OF ROBERT HOUSMAN;** with the date and hour of service endorsed thereon by me, to **Hector Mejia as United States Attorney Office** of the within named agency at the address of: **111 South Main Street, Suite 1800, SALT LAKE CITY, UT 84111** and informing such person of the contents therein.

I am over the age of 18 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

_____
**MELISSA LARSON**
Process Server

**ANDERSON ATTORNEY SERVICES**
**P.O. BOX 535**
**Salt Lake City, UT 84110**
**(801) 773-8220**

Our Job Serial Number: AND-2025003640

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Xlear, Inc.<br><br>*Plaintiff(s)*<br>v.<br>The United States Federal Trade Commission; and Andrew N. Ferguson<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25cv00484-DBB-CMR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States Federal Trade Commission
c/o Felice John Viti, Acting United States Attorney for the District of Utah
111 South Main Street, Suite 1800
Salt Lake City, UT 84111

Copy sent by certified mail to:
FTC, 600 Pennsylvania Ave NW, Washington, DC 20580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evan S. Strassberg
Ashlee M. Burton
MICHAEL BEST & FRIEDRI CH LLP
650 S. Main Street, Suite 500
Salt Lake City, Utah 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 6/23/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25cv00484-DBB-CMR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: